### Bauer Grocer Co. et al. v. F. E. Zelle.

1. APPEALS AND ERRORS—*Involving a Freehold.*—A bill praying that certain deeds be canceled and set aside as a cloud on the title of the complainant, involves a freehold, and this court has no jurisdiction of an appeal from a decree granting the prayer of such a bill.

**Bill,** to set aside a deed. Appeal from the Circuit Court of Madison County; the Hon. BENJAMIN R. BURROUGHS, Judge, presiding. Heard in this court at the August term, 1897. Dismissed. Opinion filed September 10, 1897.

HADLEY & BURTON, attorneys for appellant.

WM. H. TEMME, attorney for appellee.                    o

OPINION PER CURIAM.

The decree in this case is upon a supplemental bill filed by appellee against appellant, to cancel and set aside, as cloud on the title of appellee, certain deeds to real estate held by appellants, which deeds convey said real estate to appellants in fee.

The principal prayer of the bill is: " That said deeds may be ordered canceled and set aside as a cloud on the title of complainant" (appellee). The principal provision in the decree is, that the deeds of appellants be set aside and decreed null and void as a cloud upon the title of appellee to said premises.

This case involves a freehold, and this court has no jurisdiction to hear and determine it. The appeal should have

been to the Supreme Court.    Board of Trustees v. Beale, 6
Ill. App. 536; Fitzgerald v. Fitzgerald, 7 Ill. App. 191; Nei-
meyer v. Knight et al., 7 Ill. App. 200; Whitehead v. Alex-
ander, 7 Ill. App. 506; Robinson v. Peterson, 7 Ill. App.
398; Hawley v. Simons, 7 Ill. App. 401; Dobbins v. Cruger,
et al., 11 Ill. App. 114.

The appeal is dismissed.    Leave to appellants to withdraw
record and files.